## (May 27, 1981)

In the Matter of PHILIP SCHLESINGER, Respondent, v STATE BOARD OF PROFESSIONAL MEDICAL CONDUCT, Appellant. — Motion to vacate statutory stay pursuant to CPLR 5519 (subd [c]) denied, without costs (see *Matter of Rainka v Whalen,* 73 AD2d 731, affd 51 NY2d 973). Sweeney, J.P., Kane, Mikoll and Yesawich, Jr., JJ., concur.